IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ZARUHI OVSEPYAN,<br><br>　　　Defendant and<br>　　　Judgment Debtor.<br>―――――――――――――――――――<br>CALIFORNIA DEPARTMENT OF<br>HEALTH SERVICES,<br><br>　　　Garnishee.<br>―――――――――――――――――――| 2:08-MC-0043-FCD-EFB<br><br><u>ORDER</u> |

　　The United States has filed an application for writ of garnishment. The application seeks to garnish the interest of Z&A Medical Supplies. Before the court can rule on the application, the government must establish that the defendant and judgment debtor, Ovsepyan, is one and the same as Z&A Medical Supplies, which is the description of the debtor's interest in the property at issue.

　　Accordingly, IT IS ORDERED that the government shall file the briefing as outlined herein, within twenty days of this order.

DATED: August 11, 2008.

　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE