IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZARUHI OVSEPYAN,<br><br>    Defendant and<br>    Judgment Debtor.<br>_____<br><br>CALIFORNIA DEPARTMENT OF<br>HEALTH SERVICES,<br><br>    Garnishee.<br>_____ | 2:08-MC-0043-FCD-EFB<br><br><br><br><br><br>ORDER OF GARNISHMENT |

    Pursuant to this court's order filed August 11, 2008, plaintiff United States timely filed a "Supplement to Plaintiff's Application for Entry of Order of Garnishment," demonstrating that Defendant and Judgment Debtor Zaruhi Ovsepyan ("Judgment Debtor"), is the same as Z&A Medical Supply for these purposes.[1]  Accordingly, for the following reasons, the court now issues

---

[1] Plaintiff makes the following statement, supported by the Declaration of Valerie Benton, an analyst with the Medical Review Branch of the California Department of Health Care Services ("Supplement" filed August 19, 2008 (Dock. No. 8)):

> In the acknowledgment of Receipt and Answer of Garnishee filed May 29, 2008, garnishee California Department of Health Care Services stated that it had custody, control or possession of $35,290.66, in which judgment debtor Ovsepyan maintains an interest as Z&A Medical Supply.  Doc. #5 at ¶ 3.  According to the Medical Review Branch of the California Department of Health Care Services ("DHCS"),

1 this order of garnishment.

2     On April 25, 2008, a Writ of Garnishment (Interest in Withheld Money), directed to
3 Garnishee California Department of Health Services ("Garnishee"), was duly issued and served
4 upon the Garnishee in order to partially satisfy the outstanding debt owed by the Judgment Debtor.
5 The balance the Judgment Debtor currently owes as of March 10, 2005, is $1,156,940.51. That
6 amount consists of the principal of $984,150.00 and accrued interest of $172,790.51.

7     The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ,
8 the Garnishee had custody or possession of properties (non-earnings), in which the Judgment Debtor
9 maintains an interest in the amount of $35,290.66. The Judgment Debtor did business with the
10 Garnishee under the fictitious business name Z&A Medical Supply.

11     The Garnishee served the Judgment Debtor with the Answer of Garnishee. The Judgment
12 Debtor has not filed a written objection or requested a hearing within 20 days, as set forth in 28
13 U.S.C. § 3205(c)(5).

14     Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing is
15 requested within the required time period, the Court shall promptly enter an order directing the
16 Garnishee as to the disposition of the Judgment Debtor's property.

17     ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health
18 Services shall turn over the amount of $35,290.66, payable to the Clerk of the Court (reference
19 Docket No. CR S 99-238-FCD on the face of the check), and forward it to:

20         U.S. Attorney's Office
        501 I Street, Suite 10-100
21         Sacramento, California 95814

---

23 formerly called California Department of Health Services ("DHS"), Zaruhi Ovsepyan
24 did business with DHS under the fictitious business name of Z&A Medical Supply,
and it was in this capacity that DHS established a withholding account in Ovsepyan's
25 name. Declaration of Valerie Benton, Analyst, Medical Review Branch, DHCS, filed
26 in conjunction herewith, at ¶ 4. According to DHCS's Medical Review Branch, its
"file currently shows that [the] $35,290.66 is withheld in the name of, and owing to,
27 'Zaruhi Ovsepyan dba Z&A Medical Supply.'" Id. Thus, DHCS's Medical Review
Branch recognizes judgment debtor Zaruhi Ovsepyan to be one and the same as Z&A
28 Medical Supply.

1  IT IS FURTHER ORDERED that upon receipt of payment, the Writ of Garnishment is
2 hereby terminated.
3  SO ORDERED.
4 DATED: September 26, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE